# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYAN A. LEVATINO

NO. 2020 KW 1134

**JANUARY 14, 2021**

---

In Re:  Bryan A. Levatino, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 119,990.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

> **JMM**
> **GH**
> **AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT